**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Larry Spier Music LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-4523084** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **66 Summit Road** **Port Washington, NY 11050** Number, Street, City, State & ZIP Code | **PO Box 254** **Port Washington, NY 11050** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Nassau** County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.memorylanemusicgroup.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| Debtor | **Larry Spier Music LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__71__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Larry Spier Music LLC** | Case number (*if known*) | |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | |
| District | | Case number, if known | |
| | When | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Larry Spier Music LLC**                                      Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Larry Spier Music LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2022**
MM / DD / YYYY

**X** **/s/ Mark Spier**                                                     **Mark Spier**
Signature of authorized representative of debtor                             Printed name

Title    **CEO**

**18. Signature of attorney**

**X** **/s/ Howard P. Magaliff**                        Date    **June 14, 2022**
Signature of attorney for debtor                                            MM / DD / YYYY

**Howard P. Magaliff**
Printed name

**Rich Michaelson Magaliff, LLP**
Firm name

**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone    **646.453.7851**            Email address    **hmagaliff@r3mlaw.com**

**2079903 NY**
Bar number and State

| Debtor | **Larry Spier Music LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number (*if known*) _____   Chapter **11**

☐ Check if this an
amended filing

---

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | **Memory Lane Music Group LLC** | | | Relationship to you | | **Parent Company** |
| District | **Eastern District of New York** | When | **4/25/22** | Case number, if known | | **22-70838-ast** |
| Debtor | **Scion Four Music LLC** | | | Relationship to you | | **Affiliate** |
| District | **Eastern District of New York** | When | **6/04/22** | Case number, if known | | **22-71410-ast** |
| Debtor | **Scion Three Music LLC** | | | Relationship to you | | **Affiliate** |
| District | **Eastern District of New York** | When | **6/14/20** | Case number, if known | | **22-71407-ast** |

**Fill in this information to identify the case:**

Debtor name    **Larry Spier Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2022**         X **/s/ Mark Spier**
_____
Signature of individual signing on behalf of debtor

**Mark Spier**
_____
Printed name

**CEO**
_____
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Larry Spier Music LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Boston Scally Punk c/o Padell Management 213 West 35th Street New York, NY 10001** | | **Royalties Due -Debt is partially contingent** | **Contingent** | | | $595,485.45 |
| **DeRose Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $303,461.53 |
| **Kudu Music Co. SGA c/o The Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $68,438.08 |
| **Peter Nye (Heir to Anita Nye) 1363 Waller Street San Francisco, CA 94117** | | **Royalties Due** | | | | $61,125.87 |
| **Harry Ruby (Busch Charles c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | $58,454.45 |
| **Larry Stock Music LLC 1087 Whitemarsh Dr Lancaster, PA 17601** | | **Royalties Due** | | | | $58,337.96 |

| Debtor | **Larry Spier Music LLC** | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | | | | **$55,381.35** |
| **Harold Adamson Music c/o Songwriters Guild of America PO Box 2083 Brentwood, TN 37024** | | **Royalties Due** | **Disputed** | | | **$35,381.65** |
| **Warner Chappell Music Inc 10585 Santa Monica Blvd Los Angeles, CA 90025** | | **Royalties Due** | | | | **$24,477.78** |
| **Songs Music Inc 755 New York Ave Suite 215 Huntington, NY 11743** | | **Royalties Due** | | | | **$22,516.52** |
| **Lenox Hill Hospital Nancy Craig V.P. 100 East 77th Street New York, NY 10021** | | **Royalties Due** | | | | **$20,981.32** |
| **Dave Thomas UBU Projex Dave Thomas 568 Boughner Hill Road Flat 1-B Utica, PA 16362** | | **Royalties Due** | | | | **$17,696.99** |
| **ASCAP Foundation One Lincoln Plaza New York, NY 10023** | | **Royalties Due** | | | | **$16,026.34** |
| **American Parkinsons Disease Assn. c/o Seth Perlman 41 Madison Ave, Ste. 400 New York, NY 10010** | | **Royalties Due** | | | | **$16,001.67** |
| **Steven Machat Stan My Music 213 W. 35th Street Site 802A New York, NY 10001** | | **Royalties Due** | | | | **$15,670.46** |
| **Lincoln Music Corp 206 Hanshaw Road Ithaca, NY 14850** | | **Royalties Due** | | | | **$12,249.44** |

Debtor  **Larry Spier Music LLC**                                    Case number *(if known)* _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Holly Hill Music Publishi Suzy Wayne 2005 Applegate Rd. Reno, NV 89521** | | **Royalties Due** | | | | **$11,514.68** |
| **Rodney Skipworth 188 Wiman Avenue Syracuse, NY 13205** | | **Royalties Due** | | | | **$8,550.76** |
| **Phil Turner 131 Harwood Avenue Syracuse, NY 13224** | | **Royalties Due** | | | | **$8,550.38** |
| **Marion L. Bator 547 Garfield Street Struthers, OH 44471** | | **Royalties Due** | | | | **$8,253.45** |

**Fill in this information to identify the case:**

Debtor name __**Larry Spier Music LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................... $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $     1,286.24

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................................... $     1,286.24

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $       0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $       0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     1,467,025.10

4. **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b       $     1,467,025.10

**Fill in this information to identify the case:**

Debtor name    **Larry Spier Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $243.12 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **First National Bank of Long Island** | **Business Checking** | 1363 | $188.44 |
| 3.2.  **City National Bank** | **Business Checking** | 9581 | $54.68 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $486.24 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1.  **Dixon Music** | $800.00 |
| --- | --- |

Debtor    **Larry Spier Music LLC**_____    Case number *(If known)*_____
　　　　　　　Name

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　　Description, including name of holder of prepayment

9.　　**Total of Part 2.**
　　　　Add lines 7 through 8. Copy the total to line 81.　　　　　　　| **$800.00** |

---

| **Part 3:** | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

　■　No.  Go to Part 4.
　☐　Yes Fill in the information below.

---

| **Part 4:** | **Investments** |

**13. Does the debtor own any investments?**

　■　No.  Go to Part 5.
　☐　Yes Fill in the information below.

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　■　No.  Go to Part 6.
　☐　Yes Fill in the information below.

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　■　No.  Go to Part 7.
　☐　Yes Fill in the information below.

---

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　■　No.  Go to Part 8.
　☐　Yes Fill in the information below.

---

| **Part 8:** | **Machinery, equipment, and vehicles** |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

　■　No.  Go to Part 9.
　☐　Yes Fill in the information below.

---

| **Part 9:** | **Real property** |

**54. Does the debtor own or lease any real property?**

　■　No.  Go to Part 10.
　☐　Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |

**59. Does the debtor have any interests in intangibles or intellectual property?**

　■　No.  Go to Part 11.
　☐　Yes Fill in the information below.

Debtor    __**Larry Spier Music LLC**_____    Case number *(If known)* _____
           Name

---

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Larry Spier Music LLC**
          _____
          Name

Case number *(If known)* _____

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $486.24 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $800.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,286.24 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,286.24 |

**Fill in this information to identify the case:**

Debtor name    **Larry Spier Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

**Fill in this information to identify the case:**

Debtor name     **Larry Spier Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.56** |
|---|---|---|---|
| | **Aaron Johnson**<br>**606 Moonglow Rd**<br>**# 201**<br>**Odenton, MD 21113** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Royalties Due_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.17** |
|---|---|---|---|
| | **Aburndale Music Co**<br>**Linda Higginbotham**<br>**4029 E Providence Ct**<br>**Bloomington, IN 47408-7000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Royalties Due_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,001.67** |
|---|---|---|---|
| | **American Parkinsons**<br>**Disease Assn.**<br>**c/o Seth Perlman**<br>**41 Madison Ave, Ste. 400**<br>**New York, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Royalties Due_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,543.82** |
|---|---|---|---|
| | **Andrea J. Miran**<br>**1706 Woodgrove Street**<br>**Chesapeake, VA 23320** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Royalties Due_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **Larry Spier Music LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Anthony Foster**
**577 Charles Dr**
**Oceanside, CA 92057-4000**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$99.33**

---

**3.6** | Nonpriority creditor's name and mailing address
**ASCAP Foundation**
**One Lincoln Plaza**
**New York, NY 10023**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$16,026.34**

---

**3.7** | Nonpriority creditor's name and mailing address
**Barbara Belle**
**155 W Hudson Avenue**
**Englewood, NJ 07631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,349.92**

---

**3.8** | Nonpriority creditor's name and mailing address
**Barbara Noble**
**19 Iroquios Rd**
**Arlington, MA 02476**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$183.33**

---

**3.9** | Nonpriority creditor's name and mailing address
**Barbara Scarpa**
**18 Chelsea Road**
**Englishtown, NJ 07726**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$40.92**

---

**3.10** | Nonpriority creditor's name and mailing address
**Beasley Smith Music**
**c/o Rosalind Smith Minton**
**728 Hartsville Pike**
**Gallatin, TN 37066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No  ☐ Yes

**$919.14**

---

**3.11** | Nonpriority creditor's name and mailing address
**Boston Scally Punk**
**c/o Padell Management**
**213 West 35th Street**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Royalties Due**
**-Debt is partially contingent**

Is the claim subject to offset? ■ No  ☐ Yes

**$595,485.45**

---

| Debtor | Larry Spier Music LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$289.75**

**Bros Wilson Music Publish**
**Ricardo Wilson**
**8308 Wilshire Blvd**
**# 261**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$524.34**

**Caridad G Navarro Vasquez**
**J Martin Navarro Vasquez**
**Apartado Postal No 12/741**
**Mexico DF CP 03100 Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110.57**

**Christina R. Alavarez**
**c/o Ferran Robla Carreira**
**Ausias Marc, 143**
**ENT 3 08013 Barce. Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,696.99**

**Dave Thomas**
**UBU Projex Dave Thomas**
**568 Boughner Hill Road**
**Flat 1-B**
**Utica, PA 16362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$303,461.53**

**DeRose Music**
**c/o Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24.62**

**Earl Bostic Estate**
**Catherine B Williams**
**4826 Sandalwood Street**
**New Orleans, LA 70127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,634.50**

**Ed Pickford**
**3 Lawson Crescent**
**Fulwell Sunderland**
**Tyne & Wear, SR6 8HX**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Royalties Due**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larry Spier Music LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,016.36**

**Editions Levallois**
**4 Rue Emile Blemont**
**Hall 14 75018**
**Paris, France**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$114.04**

**Elena R. Alavarez**
**c/o Ferran Robla Carreira**
**Ausias Marc, 143**
**ENT 3 08013 Barce. Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4.41**

**Elizabeth Dillingham Dawe**
**1511 Plumosa Way**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21.15**

**Estate of Frank Assunto**
**Antonio Deano Assunto**
**1041 Aris Avenue**
**Metairie, LA 70005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462.19**

**Florentine Films Inc**
**PO Box 613**
**Walpole, NH 03608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,442.70**

**Frank Foster**
**1921 Robert Hall Blvd**
**Apt. 8303**
**Chesapeake, VA 23324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$649.11**

**Gene O'Conner**
**5010 Maywood Drive**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Larry Spier Music LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$209.36**

Gerald Grant
1973 Golden Circle
Escondido, CA 92026

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$227.62**

Gregory Carmichael
3211 Paulding Avenue
Bronx, NY 10469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$803.66**

Guadalupe Bedoy
Miguel Laurent
921 Col Santa Cruz Atoyac
Del Benito Juarez Mexico

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,381.65**

Harold Adamson Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$58,454.45**

Harry Ruby (Busch Charles
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,514.68**

Holly Hill Music Publishi
Suzy Wayne
2005 Applegate Rd.
Reno, NV 89521

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.98**

Jack Murray Estate
Michael Murray
619 Longfellow Drive
Branford, CT 06405

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Larry Spier Music LLC**                                    Case number (*if known*) _____
_____
         Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76.66 |

**James Calloway**
**c/o Angela Blake**
**2001 Story Avenue**
**Apt. 9K**
**Bronx, NY 10473**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56.91 |

**James E Pillagalli**
**John M. Klein Estate**
**PO Box 416**
**Lederach, PA 19450**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15.98 |

**James Stulberger**
**140 Sunrise Avenue**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,733.31 |

**James Wilden**
**3594 Meadowbrook Blvd.**
**Hanover, PA 17333-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.89 |

**Janice Macdowell**
**432 Arthur Ct**
**Brick, NJ 08724**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37.21 |

**John Bernard Toorish**
**5212 Berkshire Drive Nort**
**North Olmsted, OH 44070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17.74 |

**Joseph Perk**
**380 Tysen Lane**
**Staten Island, NY 10306**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Royalties Due**

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

Debtor   **Larry Spier Music LLC**                                    Case number *(if known)* _____
         _____
         Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381.00 |
|---|---|---|---|

**Judith Krasnow Gail**
**100 Armory Court**
**# 107**
**Jackson, MI 49202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25.89 |
|---|---|---|---|

**Karen Zimmerman**
**5 Commander Dunn Ct.**
**Fords, NJ 08863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.38 |
|---|---|---|---|

**Kathleen Cavanaugh**
**PO Box 70**
**Canton Center, CT 06020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $202.78 |
|---|---|---|---|

**Keely Smith**
**1055 Paseo El Mirador**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68,438.08 |
|---|---|---|---|

**Kudu Music Co. SGA**
**c/o The Songwriters**
**Guild of America**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $58,337.96 |
|---|---|---|---|

**Larry Stock Music LLC**
**1087 Whitemarsh Dr**
**Lancaster, PA 17601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.03 |
|---|---|---|---|

**Larry Tarr**
**6774 102nd Ave**
**Pinellas Park, FL 33782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Larry Spier Music LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,981.32** |
|---|---|---|---|

**Lenox Hill Hospital**
**Nancy Craig V.P.**
**100 East 77th Street**
**New York, NY 10021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$43.06** |
|---|---|---|---|

**Leroy Summers**
**16502 East Sprague Ave**
**# 20**
**Veradale, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.83** |
|---|---|---|---|

**Leslie Von Roeder**
**300 Willow Valley Lakes D**
**D-103**
**Willow Street, PA 17584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,853.44** |
|---|---|---|---|

**Lewis Dreyer**
**2572 10th Street**
**# 203**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,249.44** |
|---|---|---|---|

**Lincoln Music Corp**
**206 Hanshaw Road**
**Ithaca, NY 14850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.19** |
|---|---|---|---|

**Lisa Kristal Burgman**
**57 Second Avenue**
**Suite 33**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25.89** |
|---|---|---|---|

**Lori Zimmerman**
**75 Brunswick Avenue**
**Spotswood, NJ 08884**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Larry Spier Music LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.21 |

**Lou Holzer Estate**
**Mrs. Blanche Holzer, Suce**
**901 South Sixth Avenue**
**# 242**
**Hacienda Heights, CA 91745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,901.56 |

**Maj Music Inc.**
**Florence Puglese**
**10520 Magnolia Blvd.**
**North Hollywood, CA 91601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,017.60 |

**Malcolm E. Waldron**
**558 Rue Vanderkinderer**
**1189 Brussels**
**NY, Belgium**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4.92 |

**Malvern Music**
**Judith R. Ditz**
**PO Box 553**
**Malvern, PA 19355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,022.13 |

**Mandrill Music Publishing**
**8306 Wilshire Blvd**
**Suite 261**
**Beverly Hills, CA 90211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,253.45 |

**Marion L. Bator**
**547 Garfield Street**
**Struthers, OH 44471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.68 |

**Mirose Music**
 **Jonathan Klein**
**5379 Sullivan Road**
**Tallahassee, FL 32310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larry Spier Music LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.68 |
|---|---|---|---|

**Mirose Music**
**Susan Klein**
**5090 Sillary Circle**
**Anchorage, AK 99508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14.57 |
|---|---|---|---|

**Myra Music**
**Myra J. Bennett**
**21 Church Road**
**PO Box 108**
**Mountain Dale, NY 12763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43.30 |
|---|---|---|---|

**Neli Johnson**
**4146 Applegate Court**
**Suitland, MD 20746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32.54 |
|---|---|---|---|

**Nereide Marks**
**17 Zamrok Way**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.23 |
|---|---|---|---|

**Patrice Johnson**
**29 Bergen Street**
**# B**
**Paterson, NJ 07522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.66 |
|---|---|---|---|

**Patricia Pedota**
**43 Cowperthwaite Rd**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,170.41 |
|---|---|---|---|

**Patrick Adams Assoc Inc**
**385 Edgecombe Ave**
**Apt. 54**
**New York, NY 10031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larry Spier Music LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.44 |

**Paul D Hess**
**721 Manor Avenue**
**Canton, OH 44710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241.69 |

**Pencil Mark Music Inc**
**157 Forster Ave**
**Mount Vernon, NY 10552**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,125.87 |

**Peter Nye**
**(Heir to Anita Nye)**
**1363 Waller Street**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,550.38 |

**Phil Turner**
**131 Harwood Avenue**
**Syracuse, NY 13224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35.79 |

**Robert E Kladerman**
**36 Longstreet Road**
**Englishtown, NJ 07726**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,550.76 |

**Rodney Skipworth**
**188 Wiman Avenue**
**Syracuse, NY 13205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $91.47 |

**Rosemary Cain**
**21 W 68th Street**
**Apt. 2R**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Larry Spier Music LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.95** |
|---|---|---|
| **Russelll Patterson**<br>**721 East 242nd Street**<br>**Apt. 1F**<br>**Bronx, NY 10470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29.99** |
|---|---|---|
| **RYTVOC Inc**<br>**obo Sally Webb**<br>**39 West 54th Street**<br>**New York, NY 10019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,516.52** |
|---|---|---|
| **Songs Music Inc**<br>**755 New York Ave**<br>**Suite 215**<br>**Huntington, NY 11743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,381.35** |
|---|---|---|
| **Songwriters Guild**<br>**of America**<br>**PO Box 2083**<br>**Brentwood, TN 37024** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43.95** |
|---|---|---|
| **Sony Music 0B0**<br>**David Hess**<br>**89 Music Square**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11.45** |
|---|---|---|
| **Stephanie Schamess**<br>**93 Bliss Street**<br>**Florence, MA 01062** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,352.59** |
|---|---|---|
| **Steven Dreyer**<br>**35 Alfred Lane**<br>**New Rochelle, NY 10804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | **Basis for the claim:  Royalties Due** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Larry Spier Music LLC**                                    Case number (if known) _____
                                                                    
_____
Name

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,670.46** |
|---|---|---|---|

**Steven Machat**
**Stan My Music**
**213 W. 35th Street**
**Site 802A**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.77** |
|---|---|---|---|

**Stuart Bascombe**
**109 Sussex Place**
**Absecon, NJ 08205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$141.56** |
|---|---|---|---|

**Taber Noble**
**55 Sage Cr.**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,323.11** |
|---|---|---|---|

**Ted Varnick Music Co.**
**Songwriters Guild of Amer**
**PO Box 2083**
**Brentwood, TN 37024**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.15** |
|---|---|---|---|

**Terry Phillips**
**139 E. 35th Street**
**Apt. 6K**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$993.78** |
|---|---|---|---|

**Timothy Wright**
**c/o Mary Ann Livchak**
**PO Box 978**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24.82** |
|---|---|---|---|

**Tommy Dorsey Productions**
**1111 Kane Concourse**
**Suite 611-A**
**Bay Harbor Islands**
**Miami Beach, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Larry Spier Music LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99.37 |
|---|---|---|---|

**Virginia Cavanaugh**
**1232 Germantown Road**
**Tuscaloosa, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $89.93 |
|---|---|---|---|

**Vy Higginsen**
**149 W 126th Street**
**New York, NY 10027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,477.78 |
|---|---|---|---|

**Warner Chappell Music Inc**
**10585 Santa Monica Blvd**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155.27 |
|---|---|---|---|

**Wendy Preston**
**1420 W Abingdon Drive**
**Apt. 441**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17.66 |
|---|---|---|---|

**William Perk**
**97 Creamery Drive**
**New Windsor, NY 12553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Royalties Due**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,467,025.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,467,025.10 |

**Fill in this information to identify the case:**

Debtor name   **Larry Spier Music LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Publishing Administration** | |
|     State the term remaining    **Life of Copyright** | **Aaron Johnson** **606 Moonglow Rd** **# 201** **Odenton, MD 21113** |
|     List the contract number of any government contract _____ | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Publishing Administration** | |
|     State the term remaining    **Expires 12/31/2022** | **Ace Spectrum Music, Inc.** **1 Ely Park Blvd.** **Bldg. 59-6** **Binghamton, NY 13905** |
|     List the contract number of any government contract _____ | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest    **Publishing Administration** | |
|     State the term remaining    **Life of Copyright** | **Andrea J. Miran** **1706 Woodgrove Street** **Chesapeake, VA 23320** |
|     List the contract number of any government contract _____ | |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest    **Publishing Administration** | |
|     State the term remaining    **Life of Copyright** | **Auburndale Music Co** **Linda Higginbotham** **4029 E Providence Ct** **Bloomington, IN 47408** |
|     List the contract number of any government contract _____ | |

Debtor 1    **Larry Spier Music LLC**

            First Name        Middle Name        Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Barbara Moberg** |
| | List the contract number of any government contract | | **314 6th Street** |
| | | | **Marietta, OH 45750** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Barbara Noble** |
| | List the contract number of any government contract | | **19 Iroquios Rd** |
| | | | **Arlington, MA 02476** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Barbara Scarpa** |
| | List the contract number of any government contract | | **18 Chelsea Road** |
| | | | **Englishtown, NJ 07726** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Beasley Smith Music** |
| | List the contract number of any government contract | | **c/o Rosalind Smith Minton** |
| | | | **728 Hartsville Pike** |
| | | | **Gallatin, TN 37066** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Bros Wilson Music Publish** |
| | List the contract number of any government contract | | **Ricardo Wilson** |
| | | | **8308 Wilshire Blvd** |
| | | | **# 261** |
| | | | **Beverly Hills, CA 90211** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Buck I Allan** |
| | | | **PO Box 38** |
| | | | **Austin, TX 78767** |

Debtor 1    **Larry Spier Music LLC**
      First Name      Middle Name      Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Caridad G Navarro Vasquez** |
| | List the contract number of any government contract | _____ | **J Martin Navarro Vasquez**<br>**Apartado Postal No 12/741**<br>**Mexico DF CP 03100 Mexico** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Carmen Padrosa Velazaquez** |
| | List the contract number of any government contract | _____ | **5385 SW 76 Street**<br>**Miami, FL 33143** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Caro Cragg Gregg** |
| | List the contract number of any government contract | _____ | **7500 E. McCormick Pkwy**<br>**#61**<br>**Scottsdale, AZ 85258** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Caroline McNair** |
| | List the contract number of any government contract | _____ | **2000 S. Ocean Drive**<br>**# 301**<br>**Fort Lauderdale, FL 33316** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | |
| | List the contract number of any government contract | _____ | **Charles G. Dawes II**<br>**3068 Creek View Drive**<br>**Cuyahoga Falls, OH 44223** |

| Debtor 1 | **Larry Spier Music LLC** | Case number (*if known*) |
|---|---|---|
| | First Name    Middle Name    Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Christy Verrato** |
| | List the contract number of any government contract | | **20 Davidson Ct.** <br> **Mahwah, NJ 07430** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Dana S Dawes** |
| | List the contract number of any government contract | | **1018 E. E Street** <br> **Moscow, ID 83843** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Dave Thomas** <br> **UBU Projex Dave Thomas** <br> **568 Boughner Hill Road** <br> **Flat 1-B** |
| | List the contract number of any government contract | | **Utica, PA 16362** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Deborah McIntyre** |
| | List the contract number of any government contract | | **1825 Ashley Dr.** <br> **Miamisburg, OH 45342** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Dixon Music Company** <br> **Jessy Dixon Ministries** <br> **8130 County Road 1** <br> **House # 51** |
| | List the contract number of any government contract | | **South Point, OH 45680** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2024** | **Downtown Music Publishing** <br> **155 6th Avenue** <br> **New York, NY 10013** |

| Official Form 206G | Schedule G: Executory Contracts and Unexpired Leases | Page 4 of 14 |
|---|---|---|

Debtor 1  **Larry Spier Music LLC**
     First Name     Middle Name     Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | | |
|---|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
| | State the term remaining | **Life of Copyright** | **Earl Bostic Estate** <br> **Catherine B Williams** <br> **4826 Sandalwood Street** <br> **New Orleans, LA 70127** |
| | List the contract number of any government contract | | |
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
| | State the term remaining | **Life of Copyright** | **Elizabeth Dillingham Dawe** <br> **1511 Plumosa Way** <br> **San Diego, CA 92103** |
| | List the contract number of any government contract | | |
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
| | State the term remaining | **Life of Copyright** | **Estate of Frank Assunto** <br> **Antonio Deano Assunto** <br> **1041 Aris Avenue** <br> **Metairie, LA 70005** |
| | List the contract number of any government contract | | |
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
| | State the term remaining | **Life of Copyright** | **Fay Hauser-Price** <br> **7003 Ranchito Ave** <br> **Van Nuys, CA 91405** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
| | State the term remaining | **Expires 12/31/2022** | **Gene O'Conner** <br> **5010 Maywood Drive** <br> **Nashville, TN 37211** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Larry Spier Music LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Life of Copyright | **Gerald Grant** |
| | List the contract number of any government contract | | **1973 Golden Circle** |
| | | | **Escondido, CA 92026** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Life of Copyright | **Guadalupe Bedoy** |
| | List the contract number of any government contract | | **Miguel Laurent** |
| | | | **921 Col Santa Cruz Atoyac** |
| | | | **Del Benito Juarez Mexico** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Expires 12/31/2022 | **Holly Hill Music Publishi** |
| | List the contract number of any government contract | | **Suzy Wayne** |
| | | | **2005 Applegate Rd.** |
| | | | **Reno, NV 89521** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Life of Copyright | **Jack Murray Estate** |
| | List the contract number of any government contract | | **Michael Murray** |
| | | | **619 Longfellow Drive** |
| | | | **Branford, CT 06405** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Life of Copyright | **James Calloway** |
| | List the contract number of any government contract | | **c/o Angela Blake** |
| | | | **2001 Story Avenue** |
| | | | **Apt. 9K** |
| | | | **Bronx, NY 10473** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Publishing Administration | |
|---|---|---|---|
| | State the term remaining | Life of Copyright | **James E Pillagalli** |
| | | | **John M. Klein Estate** |
| | | | **PO Box 416** |
| | | | **Lederach, PA 19450** |

| Debtor 1 | **Larry Spier Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ | |
|---|---|---|---|

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **James Stulberger** |
| | List the contract number of any government contract | _____ | **140 Sunrise Avenue** **Satellite Beach, FL 32937** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **John Bernard Toorish** |
| | List the contract number of any government contract | _____ | **5212 Berkshire Drive** **North Olmsted, OH 44070** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Joseph Perk** |
| | List the contract number of any government contract | _____ | **380 Tysen Lane** **Staten Island, NY 10306** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Judith Krasnow Gail** **100 Armory Court** |
| | List the contract number of any government contract | _____ | **# 107** **Jackson, MI 49202** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | |
| | List the contract number of any government contract | _____ | **Larry Stock Music LLC** **1087 Whitemarsh Dr** **Lancaster, PA 17601** |

Debtor 1    **Larry Spier Music LLC**
      First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Leslie Von Roeder**<br>**300 Willow Valley Lakes D**<br>**D-103**<br>**Willow Street, PA 17584** |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Lewis Dreyer**<br>**2572 10th Street**<br>**# 203**<br>**Sarasota, FL 34237** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Lincoln Music Corp**<br>**206 Hanshaw Road**<br>**Ithaca, NY 14850** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Lisa Kristal Burgman**<br>**57 Second Avenue**<br>**Suite 33**<br>**New York, NY 10003** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Lori Zimmerman**<br>**75 Brunswick Avenue**<br>**Spotswood, NJ 08884** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Lou Holzer Estate**<br>**Mrs. Blanche Holzer, Suce**<br>**901 South Sixth Avenue**<br>**# 242**<br>**Hacienda Heights, CA 91745** |

Debtor 1   **Larry Spier Music LLC**
           First Name      Middle Name      Last Name                    Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

List the contract number of any government contract _____

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Malvern Music**<br>**Judith R. Ditz**<br>**PO Box 553**<br>**Malvern, PA 19355** |
| | List the contract number of any government contract | _____ | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Mandrill Music Publishing**<br>**8306 Wilshire Blvd**<br>**Suite 261**<br>**Beverly Hills, CA 90211** |
| | List the contract number of any government contract | _____ | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Marian NcNair**<br>**1230 N Wesern Avenue**<br>**# 106**<br>**Lake Forest, IL 60045** |
| | List the contract number of any government contract | _____ | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Marion L. Bator**<br>**547 Garfield Street**<br>**Struthers, OH 44471** |
| | List the contract number of any government contract | _____ | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Mirose Music**<br>**Jonathan Klein**<br>**5379 Sullivan Road**<br>**Tallahassee, FL 32310** |
| | List the contract number of any government contract | _____ | |

| Debtor 1 | **Larry Spier Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Mirose Music**<br>**Susan Klein**<br>**5090 Sillary Circle**<br>**Anchorage, AK 99508** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Myra Music**<br>**Myra J. Bennett**<br>**21 Church Road**<br>**PO Box 108**<br>**Mountain Dale, NY 12763** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Neli Johnson**<br>**4146 Applegate Court**<br>**Suitland, MD 20746** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Nereide Marks**<br>**17 Zamrok Way**<br>**Morristown, NJ 07960** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Patrice Johnson**<br>**29 Bergen Street**<br>**# B**<br>**Paterson, NJ 07522** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Patrick Adams Assoc Inc**<br>**385 Edgecombe Ave**<br>**Apt. 54**<br>**New York, NY 10031** |

| Debtor 1 | **Larry Spier Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Paul D Hess** |
| | List the contract number of any government contract | | **721 Manor Avenue** **Canton, OH 44710** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Peter Nye** **Heir to Anita Nye** |
| | List the contract number of any government contract | | **1363 Waller Street** **San Francisco, CA 94117** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Phil Turner** |
| | List the contract number of any government contract | | **131 Harwood Avenue** **Syracuse, NY 13224** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Publishing Administration** |
| | List the contract number of any government contract | | **35 Alfred Lane** **New Rochelle, NY 10804** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Richard Dawes Cragg** |
| | List the contract number of any government contract | | **PO Box 3295** **Durango, CO 81302** |

Debtor 1   **Larry Spier Music LLC**
      First Name      Middle Name      Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Rodney Skipworth** |
| | List the contract number of any government contract | _____ | **188 Wiman Avenue**<br>**Syracuse, NY 13205** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Russelll Patterson** |
| | List the contract number of any government contract | _____ | **721 East 242nd Street**<br>**Apt. 1F**<br>**Bronx, NY 10470** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Songs Music Inc** |
| | List the contract number of any government contract | _____ | **755 New York Ave**<br>**Suite 215**<br>**Huntington, NY 11743** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Songwriters Guild** |
| | List the contract number of any government contract | _____ | **of America**<br>**PO Box 2083**<br>**Brentwood, TN 37024** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Stephanie Schamess** |
| | List the contract number of any government contract | _____ | **93 Bliss Street**<br>**Florence, MA 01062** |

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Steven Machat**<br>**Stan My Music**<br>**213 W. 35th Street**<br>**Site 802A**<br>**New York, NY 10001** |

| Debtor 1 | **Larry Spier Music LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | List the contract number of any government contract | _____ |  |
|---|---|---|---|

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Taber Noble** |
| | List the contract number of any government contract | _____ | **55 Sage Cr.**<br>**Bedminster, NJ 07921** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Terry Phillips**<br>**139 E. 35th Street** |
| | List the contract number of any government contract | _____ | **Apt. 6K**<br>**New York, NY 10016** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Timothy Wright**<br>**c/o Mary Ann Livchak** |
| | List the contract number of any government contract | _____ | **PO Box 978**<br>**New York, NY 10025** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Tommy Dorsey Productions**<br>**1111 Kane Concourse**<br>**Suite 611-A** |
| | List the contract number of any government contract | _____ | **Bay Harbor Islands**<br>**Miami Beach, FL 33154** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | |
| | List the contract number of any government contract | _____ | **Virginia Cavanaugh**<br>**1232 Germantown Road**<br>**Tuscaloosa, AL 35406** |

| Debtor 1 | **Larry Spier Music LLC** | | Case number (*if known*) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Vy Higginsen**<br>**149 W 126th Street**<br>**New York, NY 10027** |
| | List the contract number of any government contract | | |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Expires 12/31/2022** | **Warner Chappell Music Inc**<br>**10585 Santa Monica Blvd**<br>**Los Angeles, CA 90025** |
| | List the contract number of any government contract | | |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **Wendy Preston**<br>**1420 W Abingdon Drive**<br>**Apt. 441**<br>**Alexandria, VA 22314** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **William Perk**<br>**97 Creamery Drive**<br>**New Windsor, NY 12553** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Publishing Administration** | |
|---|---|---|---|
| | State the term remaining | **Life of Copyright** | **William S. Dawes**<br>**8 Shaker Hollow Road**<br>**East Setauket, NY 11733** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name  **Larry Spier Music LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Memory Lane Music Group** | **PO Box 254 Port Washington, NY 11050** | **Boston Scally Punk** | ☐ D _____ <br> ■ E/F  **3.11** <br> ☐ G _____ |
| 2.2 | **Memory Lane Music Group** | **PO Box 254 Port Washington, NY 11050** | **DeRose Music** | ☐ D _____ <br> ■ E/F  **3.16** <br> ☐ G _____ |
| 2.3 | **Memory Lane Music Group** | **PO Box 254 Port Washington, NY 11050** | **Kudu Music Co. SGA** | ☐ D _____ <br> ■ E/F  **3.44** <br> ☐ G _____ |
| 2.4 | **Memory Lane Music Group** | **PO Box 254 Port Washington, NY 11050** | **Harry Ruby (Busch Charles** | ☐ D _____ <br> ■ E/F  **3.30** <br> ☐ G _____ |
| 2.5 | **Memory Lane Music Group** | **PO Box 254 Port Washington, NY 11050** | **Harold Adamson Music** | ☐ D _____ <br> ■ E/F  **3.29** <br> ☐ G _____ |

Debtor    **Larry Spier Music LLC** _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                          *Column 2:* **Creditor**

| 2.6 | **Scion Four Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Boston Scally Punk** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
|---|---|---|---|---|
| 2.7 | **Scion Four Music LLC** | **PO Box 254 Port Washington, NY 11050** | **DeRose Music** | ☐ D _____ ■ E/F **3.16** ☐ G _____ |
| 2.8 | **Scion Four Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Kudu Music Co. SGA** | ☐ D _____ ■ E/F **3.44** ☐ G _____ |
| 2.9 | **Scion Four Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harry Ruby (Busch Charles** | ☐ D _____ ■ E/F **3.30** ☐ G _____ |
| 2.10 | **Scion Four Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harold Adamson Music** | ☐ D _____ ■ E/F **3.29** ☐ G _____ |
| 2.11 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Boston Scally Punk** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
| 2.12 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **DeRose Music** | ☐ D _____ ■ E/F **3.16** ☐ G _____ |
| 2.13 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Kudu Music Co. SGA** | ☐ D _____ ■ E/F **3.44** ☐ G _____ |

| Debtor | **Larry Spier Music LLC** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harry Ruby (Busch Charles** | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.15 | **Scion Three Music LLC** | **PO Box 254 Port Washington, NY 11050** | **Harold Adamson Music** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **Larry Spier Music LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$76,529.96** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$438,078.31** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$450,879.92** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

Debtor   **Larry Spier Music LLC**          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Rich Michaelson Magaliff, LLP**<br>**335 Madison Avenue**<br>**9th Floor**<br>**New York, NY** | **$11,738 paid**<br>**on 06.08.22** | **$11,738.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Payments include**<br>**$10,000 retainer for chapter 11**<br>**filing and $1,738 for court filing**<br>**fee.** |
| 3.2.  **Larry Stock Music LLC**<br>**1087 Whitemarsh Dr**<br>**Lancaster, PA 17601** | **03.31.2022**<br>**$8,000**<br>**04.08.2020**<br>**$985.14**<br>**04.12.2022**<br>**$10,795.35** | **$19,780.49** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment plan**<br>**payments and 2021 4th Quarter**<br>**Royalties.** |
| 3.3.  **Holly Hill Music Publishi**<br>**c/o Suzy Wayne**<br>**2005 Applegate Rd.**<br>**Reno, NV 89521** | **03.25.2022**<br>**$2,272.49**<br>**04.07.2022**<br>**$10,781.86**<br>**04.08.2022**<br>**$473.68**<br>**04.27.2022**<br>**$1,560.55** | **$15,088.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **2021 4th Quarter**<br>**Royalties** |
| 3.4.  **Lincoln Music Corp**<br>**206 Hanshaw Road**<br>**Ithaca, NY 14850** | **03.31.2022**<br>**$1,750.00**<br>**04.07.2022**<br>**$11,230.84**<br>**04.08.2022**<br>**$590.70** | **$13,571.54** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment plan**<br>**payments and 2021 4th Quarter**<br>**Royalties.** |
| 3.5.  **Memory Lane Music Group, LLC**<br>**PO Box 254**<br>**Port Washington, NY 11050** | **03.22.2022**<br>**$3,000.00**<br>**03.30.2022**<br>**$6,000.00**<br>**04.21.2022**<br>**$1,1483.98**<br>**05.01.2022**<br>**$153.00** | **$10,301.98** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6.  **Songs Music Inc.**<br>**755 New York Avenue**<br>**Suite 215**<br>**Huntington, NY 11743** | **03.31.2022**<br>**$3,000.00**<br>**04.12.2022**<br>**$18,765.93** | **$21,765.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment plan**<br>**payments and 2021 4th Quarter**<br>**Royalties.** |

| Debtor | Larry Spier Music LLC | | Case number *(if known)* | |

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.7. | **Steven Machat**<br>**Stan My Music**<br>**213 W. 35th Street**<br>**Site 802A**<br>**New York, NY 10001** | **03.31.2022**<br>**$2,250.00**<br>**04.08.2022**<br>**$1,088.70**<br>**04.12.2022**<br>**$26,739.04** | **$30,077.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payment plan**<br>**payments and 2021 4th Quarter**<br>**Royalties.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

| Debtor | Larry Spier Music LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Fees paid on 06.08.2022. Payments include $1,738 for court filing fee.** | |
| | **Rich Michaelson Magaliff, LLP**<br>**335 Madison Avenue**<br>**9th Floor**<br>**New York, NY 10017** | | | **$11,738.00** |
| | **Email or website address**<br>**hmagaliff@r3mlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | Larry Spier Music LLC | Case number *(if known)* | |
|---|---|---|---|

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Capital One Bank** | XXXX-6881 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 06/07/2022 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | Larry Spier Music LLC | Case number *(if known)* | |
|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Public Storage<br>1 Seaview Boulevard<br>Port Washington, NY 11050 | Mark Spier | Files | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    **Larry Spier Music LLC**                                  Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Nicole D. Feldman, CPA** **An Accounting Corporation** **1606 S Ogden Drive** **Los Angeles, CA 90019** | **01.01.2012 - Present Time** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ■ None

| Name and address |
|---|
| |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Spier** | | **Manager** | |

Debtor    **Larry Spier Music LLC**    Case number *(if known)*

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ■ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ■ No
    ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 14, 2022**

**/s/ Mark Spier**                                    **Mark Spier**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Eastern District of New York

In re    **Larry Spier Music LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Memory Lane Music Group LLC<br>PO Box 254<br>Port Washington, NY 11050** | | | **100% of the equity** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June 14, 2022**

Signature    **/s/ Mark Spier**

**Mark Spier**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of New York

In re    **Larry Spier Music LLC** _____    Case No. _____
                                        Debtor(s)                Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:    **June 14, 2022** _____        **/s/ Mark Spier** _____
                                                **Mark Spier/CEO**
                                                Signer/Title

Date:    **June 14, 2022** _____        **/s/ Howard P. Magaliff** _____
                                                Signature of Attorney
                                                **Howard P. Magaliff**
                                                **Rich Michaelson Magaliff, LLP**
                                                **335 Madison Avenue**
                                                **9th Floor**
                                                **New York, NY 10017**
                                                **646.453.7851   Fax: 212.913.9642**

Aaron Johnson
606 Moonglow Rd
# 201
Odenton, MD 21113


Aburndale Music Co
Linda Higginbotham
4029 E Providence Ct
Bloomington, IN 47408-7000


Ace Spectrum Music, Inc.
1 Ely Park Blvd.
Bldg. 59-6
Binghamton, NY 13905


American Parkinsons
Disease Assn.
c/o Seth Perlman
41 Madison Ave, Ste. 400
New York, NY 10010


Andrea J. Miran
1706 Woodgrove Street
Chesapeake, VA 23320


Anthony Foster
577 Charles Dr
Oceanside, CA 92057-4000


ASCAP Foundation
One Lincoln Plaza
New York, NY 10023


Auburndale Music Co
Linda Higginbotham
4029 E Providence Ct
Bloomington, IN 47408


Barbara Belle
155 W Hudson Avenue
Englewood, NJ 07631


Barbara Moberg
314 6th Street
Marietta, OH 45750

Barbara Noble
19 Iroquios Rd
Arlington, MA 02476


Barbara Scarpa
18 Chelsea Road
Englishtown, NJ 07726


Beasley Smith Music
c/o Rosalind Smith Minton
728 Hartsville Pike
Gallatin, TN 37066


Boston Scally Punk
c/o Padell Management
213 West 35th Street
New York, NY 10001


Bros Wilson Music Publish
Ricardo Wilson
8308 Wilshire Blvd
# 261
Beverly Hills, CA 90211


Buck I Allan
PO Box 38
Austin, TX 78767


Caridad G Navarro Vasquez
J Martin Navarro Vasquez
Apartado Postal No 12/741
Mexico DF CP 03100 Mexico


Carmen Padrosa Velazaquez
5385 SW 76 Street
Miami, FL 33143


Caro Cragg Gregg
7500 E. McCormick Pkwy
#61
Scottsdale, AZ 85258


Caroline McNair
2000 S. Ocean Drive
# 301
Fort Lauderdale, FL 33316

Charles G. Dawes II
3068 Creek View Drive
Cuyahoga Falls, OH 44223

Christina R. Alavarez
c/o Ferran Robla Carreira
Ausias Marc, 143
ENT 3 08013 Barce. Spain

Christy Verrato
20 Davidson Ct.
Mahwah, NJ 07430

Dana S Dawes
1018 E. E Street
Moscow, ID 83843

Dave Thomas
UBU Projex Dave Thomas
568 Boughner Hill Road
Flat 1-B
Utica, PA 16362

Deborah McIntyre
1825 Ashley Dr.
Miamisburg, OH 45342

DeRose Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024

Dixon Music Company
Jessy Dixon Ministries
8130 County Road 1
House # 51
South Point, OH 45680

Downtown Music Publishing
155 6th Avenue
New York, NY 10013

Earl Bostic Estate
Catherine B Williams
4826 Sandalwood Street
New Orleans, LA 70127

Ed Pickford
3 Lawson Crescent
Fulwell Sunderland
Tyne & Wear, SR6 8HX

Editions Levallois
4 Rue Emile Blemont
Hall 14 75018
Paris, France

Elena R. Alavarez
c/o Ferran Robla Carreira
Ausias Marc, 143
ENT 3 08013 Barce. Spain

Elizabeth Dillingham Dawe
1511 Plumosa Way
San Diego, CA 92103

Estate of Frank Assunto
Antonio Deano Assunto
1041 Aris Avenue
Metairie, LA 70005

Fay Hauser-Price
7003 Ranchito Ave
Van Nuys, CA 91405

Florentine Films Inc
PO Box 613
Walpole, NH 03608

Frank Foster
1921 Robert Hall Blvd
Apt. 8303
Chesapeake, VA 23324

Gene O'Conner
5010 Maywood Drive
Nashville, TN 37211

Gerald Grant
1973 Golden Circle
Escondido, CA 92026


Gregory Carmichael
3211 Paulding Avenue
Bronx, NY 10469


Guadalupe Bedoy
Miguel Laurent
921 Col Santa Cruz Atoyac
Del Benito Juarez Mexico


Harold Adamson Music
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Harry Ruby (Busch Charles
c/o Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Holly Hill Music Publishi
Suzy Wayne
2005 Applegate Rd.
Reno, NV 89521


Jack Murray Estate
Michael Murray
619 Longfellow Drive
Branford, CT 06405


James Calloway
c/o Angela Blake
2001 Story Avenue
Apt. 9K
Bronx, NY 10473


James E Pillagalli
John M. Klein Estate
PO Box 416
Lederach, PA 19450

James Stulberger
140 Sunrise Avenue
Satellite Beach, FL 32937

James Wilden
3594 Meadowbrook Blvd.
Hanover, PA 17333-1000

Janice Macdowell
432 Arthur Ct
Brick, NJ 08724

John Bernard Toorish
5212 Berkshire Drive Nort
North Olmsted, OH 44070

John Bernard Toorish
5212 Berkshire Drive
North Olmsted, OH 44070

Joseph Perk
380 Tysen Lane
Staten Island, NY 10306

Judith Krasnow Gail
100 Armory Court
# 107
Jackson, MI 49202

Karen Zimmerman
5 Commander Dunn Ct.
Fords, NJ 08863

Kathleen Cavanaugh
PO Box 70
Canton Center, CT 06020

Keely Smith
1055 Paseo El Mirador
Palm Springs, CA 92262

Kudu Music Co. SGA
c/o The Songwriters
Guild of America
PO Box 2083
Brentwood, TN 37024


Larry Stock Music LLC
1087 Whitemarsh Dr
Lancaster, PA 17601


Larry Tarr
6774 102nd Ave
Pinellas Park, FL 33782


Lenox Hill Hospital
Nancy Craig V.P.
100 East 77th Street
New York, NY 10021


Leroy Summers
16502 East Sprague Ave
# 20
Veradale, WA 99037


Leslie Von Roeder
300 Willow Valley Lakes D
D-103
Willow Street, PA 17584


Lewis Dreyer
2572 10th Street
# 203
Sarasota, FL 34237


Lincoln Music Corp
206 Hanshaw Road
Ithaca, NY 14850


Lisa Kristal Burgman
57 Second Avenue
Suite 33
New York, NY 10003


Lori Zimmerman
75 Brunswick Avenue
Spotswood, NJ 08884

Lou Holzer Estate
Mrs. Blanche Holzer, Suce
901 South Sixth Avenue
# 242
Hacienda Heights, CA 91745

Maj Music Inc.
Florence Puglese
10520 Magnolia Blvd.
North Hollywood, CA 91601

Malcolm E. Waldron
558 Rue Vanderkinderer
1189 Brussels
NY, Belgium

Malvern Music
Judith R. Ditz
PO Box 553
Malvern, PA 19355

Mandrill Music Publishing
8306 Wilshire Blvd
Suite 261
Beverly Hills, CA 90211

Marian NcNair
1230 N Wesern Avenue
# 106
Lake Forest, IL 60045

Marion L. Bator
547 Garfield Street
Struthers, OH 44471

Memory Lane Music Group
PO Box 254
Port Washington, NY 11050

Mirose Music
 Jonathan Klein
5379 Sullivan Road
Tallahassee, FL 32310

Mirose Music
Susan Klein
5090 Sillary Circle
Anchorage, AK 99508


Mirose Music
Jonathan Klein
5379 Sullivan Road
Tallahassee, FL 32310


Myra Music
Myra J. Bennett
21 Church Road
PO Box 108
Mountain Dale, NY 12763


Neli Johnson
4146 Applegate Court
Suitland, MD 20746


Nereide Marks
17 Zamrok Way
Morristown, NJ 07960


Patrice Johnson
29 Bergen Street
# B
Paterson, NJ 07522


Patricia Pedota
43 Cowperthwaite Rd
Bedminster, NJ 07921


Patrick Adams Assoc Inc
385 Edgecombe Ave
Apt. 54
New York, NY 10031


Paul D Hess
721 Manor Avenue
Canton, OH 44710


Pencil Mark Music Inc
157 Forster Ave
Mount Vernon, NY 10552

Peter Nye
(Heir to Anita Nye)
1363 Waller Street
San Francisco, CA 94117


Peter Nye
Heir to Anita Nye
1363 Waller Street
San Francisco, CA 94117


Phil Turner
131 Harwood Avenue
Syracuse, NY 13224


Publishing Administration
35 Alfred Lane
New Rochelle, NY 10804


Richard Dawes Cragg
PO Box 3295
Durango, CO 81302


Robert E Kladerman
36 Longstreet Road
Englishtown, NJ 07726


Rodney Skipworth
188 Wiman Avenue
Syracuse, NY 13205


Rosemary Cain
21 W 68th Street
Apt. 2R
New York, NY 10023


Russelll Patterson
721 East 242nd Street
Apt. 1F
Bronx, NY 10470


RYTVOC Inc
obo Sally Webb
39 West 54th Street
New York, NY 10019

Scion Four Music LLC
PO Box 254
Port Washington, NY 11050

Scion Three Music LLC
PO Box 254
Port Washington, NY 11050

Songs Music Inc
755 New York Ave
Suite 215
Huntington, NY 11743

Songwriters Guild
of America
PO Box 2083
Brentwood, TN 37024

Sony Music OB0
David Hess
89 Music Square
Nashville, TN 37203

Stephanie Schamess
93 Bliss Street
Florence, MA 01062

Steven Dreyer
35 Alfred Lane
New Rochelle, NY 10804

Steven Machat
Stan My Music
213 W. 35th Street
Site 802A
New York, NY 10001

Stuart Bascombe
109 Sussex Place
Absecon, NJ 08205

Taber Noble
55 Sage Cr.
Bedminster, NJ 07921

Ted Varnick Music Co.
Songwriters Guild of Amer
PO Box 2083
Brentwood, TN 37024


Terry Phillips
139 E. 35th Street
Apt. 6K
New York, NY 10016


Timothy Wright
c/o Mary Ann Livchak
PO Box 978
New York, NY 10025


Tommy Dorsey Productions
1111 Kane Concourse
Suite 611-A
Bay Harbor Islands
Miami Beach, FL 33154


Virginia Cavanaugh
1232 Germantown Road
Tuscaloosa, AL 35406


Vy Higginsen
149 W 126th Street
New York, NY 10027


Warner Chappell Music Inc
10585 Santa Monica Blvd
Los Angeles, CA 90025


Wendy Preston
1420 W Abingdon Drive
Apt. 441
Alexandria, VA 22314


William Perk
97 Creamery Drive
New Windsor, NY 12553


William S. Dawes
8 Shaker Hollow Road
East Setauket, NY 11733

# United States Bankruptcy Court
### Eastern District of New York

In re   **Larry Spier Music LLC** _____   Case No. _____

Debtor(s)                                      Chapter   **11** _____


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Larry Spier Music LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Memory Lane Music Group LLC**
**PO Box 254**
**Port Washington, NY 11050**


☐ None [*Check if applicable*]




**June 14, 2022** _____          **/s/ Howard P. Magaliff** _____

Date                                      **Howard P. Magaliff**

Signature of Attorney or Litigant
Counsel for   **Larry Spier Music LLC** _____

**Rich Michaelson Magaliff, LLP**
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
**646.453.7851 Fax:212.913.9642**
**hmagaliff @r3mlaw.com**

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Larry Spier Music LLC                    **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☐ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:  **22-70838-ast**    JUDGE:  **Alan S. Trust**    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Memory Lane Music Group LLC**

CASE STILL PENDING (Y/N):  **Y**             [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):   **Parent Company** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

2. CASE NO.:  **22-71410-ast**    JUDGE:  **Alan S. Trust**    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Scion Four Music LLC**

CASE STILL PENDING (Y/N):  **Y**             [*If closed*] Date of closing: _____

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*):   **Affiliate** _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.:  **22-71407-ast**    JUDGE:  **Alan S. Trust**    DISTRICT/DIVISION:  **Eastern District of New York**

DEBTOR NAME:  **Scion Three Music LLC**

CASE STILL PENDING (Y/N):    **Y**             [*If closed*] Date of closing:

 CURRENT STATUS OF RELATED CASE: _____
                                           (Discharged/awaiting discharge, confirmed, dismissed, etc.)

 MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): __**Affiliate**_____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE:

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**___

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

| | |
|---|---|
| **/s/ Howard P. Magaliff**_____ | _____ |
| **Howard P. Magaliff** | |
| Signature of Debtor's Attorney | Signature of Pro Se Debtor/Petitioner |
| **Rich Michaelson Magaliff, LLP** | |
| **335 Madison Avenue** | |
| **9th Floor** | _____ |
| **New York, NY 10017** | |
| **646.453.7851 Fax:212.913.9642** | Signature of Pro Se Joint Debtor/Petitioner |

                                        _____
                                        Mailing Address of Debtor/Petitioner

                                        _____
                                        City, State, Zip Code

                                        _____
                                        Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.